IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NORMAN J. EMANUEL, d/b/a<br>EMANUEL TIRE COMPANY, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>    Defendant. | *<br>*<br>*<br>*<br>*    Case 1:11-cv-00875-ELH<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, plaintiffs Norman J. Emanuel, d/b/a Emanuel Tire Company, *et al.* ("Emanuel") and defendant ACE American Insurance Company ("ACE") hereby stipulate and agree that all claims in the above-captioned action are dismissed with prejudice, with all rights of appeal waived, and without interest, costs, or attorneys' fees to any party.

14127731.1

| | |
|---|---|
| Plaintiffs, | Defendant, |
| Norman J. Emanuel, d/b/a Emanuel Tire Company, *et al.*, | ACE American Insurance Company, |
| By their attorneys, | By its attorneys, |

_____
Jonathan A. Azrael, Esq.
John R. Solter, Jr., Esq.
Azrael, Franz, Schwab & Lipowitz, LLC
101 E. Chesapeake Avenue
Baltimore, MD 21286
(410) 821-6800

Cynthia L. Maskol (by GPD)
_____
Cynthia L. Maskol, Esq. (Bar # 25390)
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
500 E. Pratt Street, Suite 600
Baltimore, MD 21202
(410) 539-1800

_____
Gregory P. Deschenes, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2132
(617) 345-1000

Dated: September 5, 2012